**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------x
IN RE Novartis Wage and Hour           :
Litigation                             :     1:06-md-1794 (PAC)
                                       :
-------------------------------------------------------x     NOTICE OF FILING OF
                                                             FIRST AMENDED
This Document Relates to: California Action  :   COMPLAINT AND DEMAND
                                       :         FOR JURY TRIAL
                                       :
-------------------------------------------------------x
```

## NOTICE OF FILING OF FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiffs, by counsel, hereby file Plaintiffs' First Amended Complaint, as provided for in the Court's Case Management Order dated December 4, 2006.

Dated: January 30, 2007                Respectfully submitted,

                                       ____/s Steven Wittels_____
                                       Steven Wittels, SW-4635
                                       Jeremy Heisler, N.Y. Bar No. 1653484
                                       **SANFORD, WITTELS & HEISLER, LLP**
                                       950 Third Avenue, 10th Floor
                                       New York, NY 10022
                                       Telephone: (646)723-2947
                                       Facsimile:(646)723-2948

                                       David Sanford, D.C. Bar No. 457933
                                       Angela Corridan D.C. Bar No. 492978
                                       **SANFORD, WITTELS & HEISLER, LLP**
                                       1666 Connecticut Ave., NW, Suite 310
                                       Washington, D.C. 20009
                                       Telephone: (202) 742-7780
                                       Facsimile: (202) 742-7776

Grant Morris, D.C. Bar No. 926253
**LAW OFFICES OF GRANT MORRIS**
1666 Connecticut Ave., NW, Suite 310
Washington, D.C. 20009
Telephone: (202) 742-7783
Facsimile: (202) 742-7776

Ronald P. Ackerman Cal. Bar #159692
**LAW OFFICES OF RONALD P. ACKERMAN**
5855 Green Valley Circle, Suite 102
Culver City, CA 90203
Telephone: (310) 649-5300
Facsimile: (310) 649-4045

Attorneys for Plaintiffs and the Class