(ROTT/5.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 1 3 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x

In Re Novartis Wage and Hour Litigation

1:06-md- 1794 (PAC)

*This Document Relates to:* All Actions

----------------------------------------x

## STIPULATED DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41, it is hereby stipulated and agreed, by and through undersigned counsel in the above-captioned action, that Elizabeth Kelso hereby dismisses her claims without prejudice against Novartis Corporation, Novartis Pharmaceuticals Corporation, Novartis Services Inc., and Novartis Finance Corporation.

Dated: July 12, 2007

SANFORD, WITTELS & HEISLER, LLP

By: _____
Jeremy Heisler, (JH-0145)
Steven Wittels, (SLW-8110)
SANFORD, WITTELS & HEISLER, LLP
950 Third Avenue, 10th Floor
New York, NY 10022
Telephone: (646) 723-2947
Facsimile: (646) 723-2948

David W. Sanford, D.C. Bar No. 457933
Angela Corridan, D.C. Bar No. 492978
SANFORD, WITTELS & HEISLER, LLP
1666 Connecticut Avenue, N.W., Suite 310
Washington, DC 20009
Telephone: (202) 742-7780
Facsimile: (202) 742-7776

Grant Morris, D.C. Bar No. 926253
LAW OFFICES OF GRANT E. MORRIS
1666 Connecticut Avenue, N.W., Suite 310
Washington, DC 20009
Telephone: (202) 742-7783
Facsimile: (202) 742-7776

*Attorneys for Plaintiffs*

Dated: July 12, 2007

VEDDER, PRICE, KAUFMAN, & KAMMHOLZ, P.C.

By: ___Sara Kagay / with permission by AMK___
Richard H. Schnadig
Sara J. Kagay
VEDDER, PRICE, KAUFMAN, & KAMMHOLZ, P.C.
222 North LaSalle Street
Chicago, IL 60601
Telephone: (312) 609-7500
Facsimile: (312) 609-5005

Jonathan A. Wexler (JW-5587)
VEDDER, PRICE, KAUFMAN, & KAMMHOLZ, P.C.
805 Third Avenue, Suite 2200
New York, NY 10022
Telephone: (212) 407-7700
Facsimile: (212) 407-7799

*Attorneys for Defendant*
*Novartis Pharmaceuticals Corporation*

Dated: July 12, 2007

WHITE & CASE, LLP

By: ___Heather McDevitt / w/ permission by AMK___
Vincent R. Fitzpatrick, Jr. (VF-1636)
Heather K. McDevitt (HM-9973)
Jack E. Pace III (JP-8688)
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 819-8200
Facsimile: (212) 354-8113

*Attorneys for Defendant*
*Novartis Corporation*

SO ORDERED: 7/13/07
_____
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

2