```
┌─────────────────────────────┐
│ USDS SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____       │
│ DATE FILED:  AUG 2 1 2007   │
└─────────────────────────────┘
```

(CROTTY, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Novartis Wage and Hour Litigation | 1:06-md-1794 (PAC) |
| This document relates to:  All Actions | 1:06-cv-02268 (PAC) |
| | 1:06-cv-11475 (PAC) |

## CONSENT ORDER

IT IS HEREBY STIPULATED AND AGREED by and between Defendants Novartis

Corporation, Novartis Finance Corporation, and Novartis Services, Inc., and Plaintiffs and Class

Representatives Simona Lopes, Carol Bollinger, Minel Tobertga, and Cathy White, that this

action and any related action is hereby DISMISSED WITH PREJUDICE as against Defendants

Novartis Corporation, Novartis Finance Corporation, and Novartis Services, Inc.

Dated:  New York, New York
      August 20, 2007

Vincent R. FitzPatrick, Jr.
White & Case LLP
1155 Avenue of the Americas
New York, New York 10036
(212) 819-8200

Jeremy Heisler
Sanford Wittels & Heisler, LLP
950 3rd Avenue, 10th Floor
New York, New York 10022
(646) 723-2947

SO ORDERED:

Hon. Paul A. Crotty
United States District Judge

August 21, 2007

Date