*Crotty, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Novartis Wage and Hour Litigation

This Document Relates to: All Actions

1:06-md-1794 (PAC)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 1 1 2008

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41, it is hereby stipulated and agreed, by and through undersigned counsel in the above-captioned action, that Jean Tarantino hereby dismisses her claims with prejudice against Novartis Pharmaceuticals Corporation.

Dated: January 10, 2008

Respectfully submitted,

Sanford, Wittels & Heisler, LLP

By: _____
Jeremy Heisler (JH-0145)
Steven Wittels (SLW-8110)
950 Third Avenue, 10th Floor
New York, NY 10022
Telephone: (646) 723-2947
Facsimile: (646) 723-2948

David W. Sanford, D.C. Bar No. 457933
Angela Corridan, D.C. Bar No. 492978
1666 Connecticut Avenue, N.W., Suite 310
Washington, DC 20009
Telephone: (202) 742-7780
Facsimile: (202) 742-7776

Grant Morris, D.C. Bar No. 926253
Law Offices of Grant E. Morris
1666 Connecticut Avenue., N.W., Suite 310
Washington, DC 20009
Telephone: (202) 742-7783
Facsimile: (202) 742-7776

Attorneys for Plaintiffs

CHICAGO #1734399.1

Vedder, Price, Kaufman & Kammholz, P.C.

By: _____
Richard H. Schnadig, Esq. 02495384
Thomas G. Abram, Esq. 00004405
Aaron R. Gelb, Esq. 06230930
Sara J. Kagay, Esq. 0686528
222 North LaSalle Street
Suite 2600
Chicago, Illinois 60601-1003
Telephone: (312) 609-7500
Facsimile: (312) 609-5005

Attorneys for Defendant
NOVARTIS PHARMACEUTICALS
CORPORATION

*Paul Hurty* 1/11/98

-2-

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that a true and correct copy of the foregoing Joint Stipulation of Dismissal was served on the following by e-mail and by depositing same in the United States mail, with proper first-class postage prepaid, before 5:00 p.m. on January 10, 2007:

> David Sanford
> Angela Corridan
> **SANFORD, WITTELS & HEISLER, LLP**
> 1666 Connecticut Avenue, N.W., Suite 310
> Washington, DC 20009
>
> Jeremy Heisler
> Steven Wittels
> **SANFORD, WITTELS & HEISLER, LLP**
> 950 Third Avenue, 10th Floor
> New York, NY 10022
>
> Grant Morris
> **LAW OFFICES OF GRANT E. MORRIS, ESQ.**
> 1666 Connecticut Avenue, N.W., Suite 310
> Washington D.C. 20009