UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re Novartis Wage and Hour Litigation | 06-MD-1794 (PAC)<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |

After due consideration of the Unopposed Motion for Withdrawal and Substitution of Counsel filed by Defendant Novartis Pharmaceuticals Corporation ("NPC"), it is hereby:

ORDERED, pursuant to local Civil Rule 1.4, that the law firm of Vedder Price P.C. is allowed to withdraw as counsel for NPC, the law firm of Cravath, Swaine & Moore LLP is substituted as lead counsel, and the law firm of Kaye Scholer LLP is added as counsel, for NPC in this action.

Dated: New York, NY

_____, 2011

---------------------------------------
The Honorable Paul A. Crotty
UNITED STATES DISTRICT JUDGE