# EXHIBIT A

# CLASS ACTION
ADMINISTRATION

## VERIFICATION OF MAILING

STATE OF COLORADO
<u>COUNTY OF JEFFERSON</u>

I, Raymond K. Church Jr., being duly sworn, depose and say that I am a Lead Analyst at Class Action Administration, Inc. ("CAA"). On April 9, 2007, CAA mailed, via presorted first-class mail, 10,264 copies to class members in the matter of the *Novartis Wage and Hour Litigation* broken down as follows:

**New York Class, 843 copies of:**

- Letter from David Sanford (specific to New York Class Members)
- Notice of Class Action Lawsuit (New York version)
- Request for Exclusion from Class Action
- Notice of Court Approval of Class Certification
- Consent to Participate as a Party Plaintiff

**California Class, 959 copies of:**

- Letter from David Sanford (specific to California Class Members)
- Notice of Class Action Lawsuit (California version)
- Request for Exclusion from Class Action
- Notice of Court Approval of Class Certification
- Consent to Participate as a Party Plaintiff

**Nation-wide Collective Action (excluding New York and California), 8,462 copies of:**

- Letter from David Sanford
- Notice of Court Approval of Class Certification
- Consent to Participate as a Party Plaintiff

Verification of Mailing – Novartis Wage and Hour Litigation
April 10, 2007
Page 2

The foregoing statements are true and correct to the best of my knowledge, information and belief.

*Raymond K. Church* (signature)
Raymond K. Church Jr.
Lead Analyst
April 10, 2007

Subscribed and sworn to before me this 11 day of April month 2007 year.

*Tawna A. Strande* (signature)
Notary Public

[Notary Seal: TAWNA A STRANDE, NOTARY PUBLIC, STATE OF COLORADO]

My Commission Expires 9/30/2009