# EXHIBIT B



# CLASS ACTION
## ADMINISTRATION

April 17, 2012

Kate Nelson
Sanford Wittels & Heisler, LLP
1666 Connecticut Ave. NW, Suite 300
Washington DC, 20009

**Re:** *In Re: Novartis Wage and Hour Litigation* –**Michelle A. Stahl**

Dear Ms. Nelson:

Recently your firm has inquired about the status of the above-named individual specific to the class notice process that Class Action Administration, Inc. (CAA) managed for your firm in 2007.  I have summarized below our findings based on a review of CAA's database for this case:

- On or about April 9, 2007, CAA mailed a notice regarding the FLSA action identified above.  This notice was mailed to Michelle A. Stahl, 14522 Hidden Terrace Loop, Litchfield Pk, AZ, 85340-0989

- The notice was not returned undeliverable to CAA.

- CAA did not receive a consent form from this individual.

- We have no record of any other interaction with this individual (e.g., record of an incoming phone call or letter).

Let me know if we can be of further assistance on this matter.

Regards,

Matthew E. Pohl
President
Class Action Administration, Inc.

---